**McCARTHY & HOLTHUS, LLP**
Kristin A. Schuler-Hintz (NSB# 7171)
khintz@mccarthyholthus.com
Thomas N. Beckom, Esq. (NSB# 12554)
tbeckom@mccarthyholthus.com
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Telephone: (702) 685-0329
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS LLC, | |
| Plaintiff, | Case No. 2:15-cv-01773-JAD-CWH |
| v. | |
| SATICOY BAY LLC SERIES 4683 AMERTRINE, a Nevada Corporation, VILLAS AT BLUE DIAMOND SPRINGS ASSOCIATION, a Nevada Non-profit Corporation, LEVY MILAGROS, an individual, DOES INDIVIDUAL I through X; and ROE CORPORATIONS XI-XX | **STIPULATION FOR EXTENSION OF TIME TO OPPOSE SATICOY BAY'S MOTION TO DISMISS** (First Request) |
| Defendants. | **ORDER** |

COMES VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS LLC, (hereinafter "Ventures") on the one hand by and through their counsel of record Thomas N. Beckom, Esq of the law firm of McCarthy & Holthus LLP; and SATICOY BAY LLC SERIES 4683 AMERTRINE ("Saticoy") by and through their counsel of record Michael F. Bohn, Esq of the law firm of the Law Offices of Michael F. Bohn and hereby file this Stipulation and Order Extending the Deadlines for Ventures to respond to Saticoy's Motion to Dismiss filed on November 13, 2015 pursuant to LR 6-1.

Page | 1                                                                                         NV-15-660002-DCR

**RECITALS**

1. On November 13, 2015 Saticoy filed a Motion to Dismiss the Quiet Title Complaint filed by Ventures. Currently responses are due by November 30, 2015 and as such this stipulation has been filed timely pursuant to LR 6-1.

2. Ventures has not previously asked for extension to respond to this motion.

3. Ventures respectfully request additional time to respond to Saticoy's Motion in light of the Thanksgiving Holiday. The Opposition is currently due the Monday after Thanksgiving and the law offices of McCarthy Holthus will be closed for Thanksgiving and Family day. Counsel for Ventures is married with a four (4) year old daughter and would like to be able to spend Thanksgiving with his family. Given that this matter is in federal court which requires the upmost attention and precision; Ventures respectfully requests an extension of time to respond so that the highest quality product is put before the Court.

/…/…/

/…/…/

/…/…/

/…/…/

/…/…/

/…/…/

/…/…/

/…/…/

/…/…/

## STIPULATION

It is hereby **STIPULATED** that Ventures shall have until December 14, 2015 to respond to Saticoy's Motion to Dismiss filed November 13, 2015.

DATED this 23rd day of November, 2015          DATED this 23rd day of November, 2015

**LAW OFFICE OF MICHAEL F. BOHN**          **McCARTHY & HOLTHUS, LLP**


/s/ Michael F. Bohn, Esq           /s/ Thomas N. Beckom, Esq
Michael F. Bohn, Esq          Kristin A. Schuler-Hintz, Esq
Nevada Bar No. 1641          Nevada Bar No. 7171
376 E. Warm Spring Rd.          Thomas N. Beckom, Esq
Las Vegas, NV 89119          Nevada Bar No. 12554
Attorney for *Saticoy Bay LLC*          9510 West Sahara Avenue, Suite200
*Series 4683 Ameritrine*          Las Vegas, Nevada 89117
          *Attorney for the Venture Trust*

## ORDER

**IT IS SO ORDERED**

Dated:  November 23, 2015.

_____
UNITED STATES DISTRICT JUDGE