**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone:   (702) 538-9074
Facsimile:   (702) 538-9113
sanderson@leachjohnson.com
rhastings@leachjohnson.com
*Attorneys for Defendant Villas*
*at Blue Diamond Springs Association*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VENTURES TRUST 2-13-I-H-R BY MCM CAPITAL PARTNERS, LLC,<br><br>Plaintiff(s),<br><br>vs.<br><br>SATICOY BAY LLC SERIES 4683 AMERTRINE, a Nevada Corporation, VILLAS AT BLUE DIAMOND SPRINGS ASSOCIATION, a Nevada non-profit Corporation, LEVY MILAGROS, an Individual, DOES INDIVIDUAL 1 through X; and ROE CORPORATIONS XI-XX,<br><br>Defendant(s). | Case No.:   2:15-cv-01773-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DATE TO COMPLAINT [DKT. 1]**<br><br>*Second Request* |

Plaintiff, VENTURES TRUST 2-13-I-H-R BY MCM CAPITAL PARTNERS, LLC, by and through their attorney Thomas Beckom of McCARTHY & HOLTHUS, LLP and Defendant Villas at Blue Diamond Springs Association (the "Association"), by and through their attorney Ryan Hastings, of LEACH JOHNSON SONG & GRUCHOW, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

1. The Association has tendered its defense in this action to its insurance carrier and is currently awaiting a coverage decision and notification of assignment of counsel.

2. The Association was previously granted an additional 45-days to prepare a responsive pleading to Plaintiff's Complaint [Dkt.1] up to and including December 11, 2015, to allow the Association's insurance carrier sufficient time to assign counsel to represent the Association's interests in this action.

3. During the 45-day extension, Attorney Hastings calls and email went unreturned. Attorney Hasting was recently advised that the Community Manager had left their position.

4. As a result of this change, Attorney Hastings has been unable to confirm assignment of counsel.

5. The parties now further agree to an additional extension of 45-days to allow the new Community Manager to confirm coverage and assign counsel.

Dated this 14th day of December, 2015.

| McCARTHY & HOLTHUS, LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| ___/s/ Thomas N. Beckom_____<br>Kristin A. Schuler-Hintz<br>Thomas N. Beckom<br>9510 W. Sahara Ave, Suite 200<br>Las Vegas, NV 89117<br>Telephone: (702) 685-0329<br>*Attorneys for Plaintiff*<br>*VULTURES TRUST 2013 I-H-R by*<br>*MCM CAPITAL PARTNERS, LLC* | ___/s/ Ryan D. Hastings_____<br>SEAN L. ANDERSON<br>Nevada Bar No. 7259<br>RYAN D. HASTINGS<br>Nevada Bar No. 12394<br>8945 West Russell Road, Suite 330<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant Villas at*<br>*Blue Diamond Springs Association* |

*Ventures Trust 2-13-I-H-R BY MCM Capital Partners, LLC*
*v. Saticoy Bay LLC Series 4683 Amertrine, et al.*
USDC Case No.:  2:15-cv-01773-JAD-CWH

## ORDER

FOR GOOD CAUSE SHOWN and upon the stipulation by the parties,

**IT IS HEREBY ORDERED AND ADJUGDGED** that Defendant Villas at Blue Diamond Springs Association's response is due on or before **January 28, 2016.**

**IT IS SO ORDERED.**

Dated this 16th day of December, 2015.

_____
U.S. MAGISTRATE JUDGE

LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113