**McCARTHY & HOLTHUS, LLP**
Kristin A. Schuler-Hintz (NSB# 7171)
khintz@mccarthyholthus.com
Thomas N. Beckom, Esq. (NSB# 12554)
tbeckom@mccarthyholthus.com
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Telephone:  (702) 685-0329
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS LLC,<br><br>Plaintiff,<br><br>v.<br><br>SATICOY BAY LLC SERIES 4683 AMERTRINE, a Nevada Corporation, VILLAS AT BLUE DIAMOND SPRINGS ASSOCIATION, a Nevada Non-profit Corporation, LEVY MILAGROS, an individual, DOES INDIVIDUAL I through X; and ROE CORPORATIONS XI-XX<br><br>Defendants. | Case No.  2:15-cv-01773-JAD-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME TO OPPOSE VILLA AT BLUE DIAMOND'S MOTION TO DISMISS (First Request)**<br><br>**ORDER** |

COMES NOW VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS LLC, (hereinafter "Ventures") by and through their counsel of record Thomas N. Beckom, Esq of the law firm of McCarthy & Holthus LLP;  and VILLAS AT BLUE DIAMOND SPRINGS ASSOCIATION ("HOA") by and through their counsel of record David T. Gluth, Esq. of the law firm of  Gordon & Rees LLP and hereby file this Stipulation and Order Extending the Deadlines for Ventures to respond to Saticoy's Motion to Dismiss filed on January 28, 2016 (Dkt.# 35) pursuant to LR 6-1.

## RECITALS

1. On January 28, 2016 the HOA filed a Motion to Dismiss the Quiet Title Complaint filed by Ventures. (Dkt.# 35). Currently responses are due by February 28, 2016 and as such this stipulation has been filed timely pursuant to LR 6-1[1].

2. Ventures has not previously asked for extension to respond to this motion.

3. Ventures respectfully request additional time to respond to the HOA's Motion in light of the recent Nevada Supreme Court opinion in *Shadow Wood Homeowners Association v. N.Y Comm Bank*, a recently announced opinion from the Nevada Supreme Court.

/…/…/

/…/…/

/…/…/

/…/…/

/…/…/

/…/…/

/…/…/

/…/…/

/…/…/

/…/…/

---

[1] The Docket reflects the response date as Sunday February 14, 2016; but the stipulation is timely pursuant to Fed. R. Civ. Pro 6(a)(1)(C) as the 14th was a Sunday and the 15th was a Federal Holiday. *Available at* https://www.opm.gov/policy-data-oversight/snow-dismissal-procedures/federal-holidays/#url=2016 (Last visited February 16, 2016)

# STIPULATION

It is hereby **STIPULATED** that Ventures shall have until March 1, 2016 to respond to Saticoy's Motion to Dismiss filed January 28, 2016.

DATED this 16th day of Feburary, 2015          DATED this 16th day of February, 2016

**GORDON & REES, LLP**                                    **McCARTHY & HOLTHUS, LLP**

/s/ David Gluth, Esq                                      /s/ Thomas N. Beckom, Esq
David Gluth, Esq                                          Kristin A. Schuler-Hintz, Esq
Nevada Bar No. 10596                                      Nevada Bar No. 7171
3770 Howard Hughes Pkwy.                                  Thomas N. Beckom, Esq
Las Vegas, NV 89169                                       Nevada Bar No. 12554
Attorney for *Villas at Blue*                             9510 West Sahara Avenue, Suite 200
*Diamonds Springs HOA*                                    Las Vegas, Nevada 89117
                                                          *Attorney for the Venture Trust*

**IT IS SO ORDERED**

DATED this 16th day of ____February____, 2016

_____
UNITED STATES DISTRICT JUDGE