GEISENDORF & VILKIN, PLLC
Charles L. Geisendorf, Esq. (6985)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: charles@gvattorneys.com
Attorney for SATICOY BAY LLC SERIES 4683 AMERTRINE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS LLC, | Case No.: 2:15-cv-01773-JAD-CWH |
| Plaintiff, | **Substitution of Attorney** |
| v. | |
| SATICOY BAY LLC SERIES 4683 AMERTRINE, a Nevada corporation, VILLAS AT BLUE DIAMOND SPRINGS ASSOCIATION, a Nevada Non-profit Corporation, LEVY MILAGROS, an individual; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI-XX, inclusive, | |
| Defendants. | |

The LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., attorney of record for

SATICOY BAY LLC SERIES 4683 AMERTRINE does hereby consent to the substitution of

GEISENDORF & VILKIN, PLLC, as attorney for SATICOY BAY LLC SERIES 4683

AMERTRINE in the above-entitled matter in his place and stead.

Dated this 27 day of July, 2017.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

By: Michael F. Bohn, Esq.

GEISENDORF & VILKIN, PLLC
2470 St. Rose Parkway, Suite 309 Henderson, Nevada 89074
Phone: 702.873.5868 § Fax: 702.548.6335

GEISENDORF & VILKIN, PLLC, does hereby agree to be substituted in the place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as attorney for SATICOY BAY LLC SERIES 4683 AMERTRINE in the above-entitled matter.

Dated this 3/ day of July, 2017.

GEISENDORF & VILKIN, PLLC

By: Charles L. Geisendorf, Esq.

SATICOY BAY LLC SERIES 4683 AMERTRINE, consents to the substitution of GEISENDORF & VILKIN, PLLC, in place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as its attorney of record.

Dated this 20 day of July, 2017.

SATICOY BAY LLC SERIES 4683 AMERTRINE

By: Iyad "Eddie" Haddad

IT IS SO ORDERED.

DATED: August 4, 2017

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of Geisendorf & Vilkin, PLLC, and that on the 3rd day of August 2017, I caused the foregoing document entitled **Substitution of Attorney** to be served by electronic transmission through the CM/ECF system of the United States District Court in the District of Nevada to the following parties:

| | |
|---|---|
| Thomas Beckom, Esq. | tbeckom@mccarthyholthus.com |
| David T. Gluth II, Esq. | dgluth@gordonrees.com |
| Ryan D Hastings, Esq. | rhastings@leachjohnson.com |
| Robert S. Larsen, Esq. | rlarsen@gordonrees.com |
| Kristin A Schuler-Hintz, Esq. | FDCNV@mccarthyholthus.com |

*/s/ Stacie Geisendorf*
An employee of Geisendorf & Vilkin, PLLC