MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:    mbrooks@klnevada.com
           wschuller@klnevada.com

Attorneys for Plaintiff
FAY SERVICING, LLC FOR WILMINGTON SAVINGS
FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST,
NOT INDIVIDUALLY BUT AS TRUSTEE FOR
HILLDALE TRUST F/K/A VENTURES TRUST 2013-I-
H-R BY MCM CAPITAL PARTNERS LLC

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

VENTURES TRUST 2013-I-H-R BY MCM
CAPITAL PARTNERS LLC,

        Plaintiff,

vs.

SATICOY BAY LLC SERIES 4683
AMERTRINE, a Nevada Corporation, VILLAS
AT BLUE DIAMOND SPRINGS
ASSOCIATION, a Nevada Non-profit
Corporation, LEVY MILAGROS, an
individual, DOES INDIVIDUAL I through X,
and ROE CORPORATIONS XI-XX,

        Defendants.

CASE NO. 2:15-cv-01773-JAD-CWH

## SUBSTITUTION OF COUNSEL

    Plaintiff, **Fay Servicing, LLC for Wilmington Savings Fund Society, FSB, d/b/a
Christiana Trust, not individually but as trustee for Hilldale Trust f/k/a Ventures Trust
2013-I-H-R by MCM Capital Partners LLC**, hereby substitutes Michael R. Brooks, Esq., and

William D. Schuller, Esq., of the law firm of KOLESAR & LEATHAM, as its counsel in the above-entitled action, in the place and stead of Kristin A. Schuler-Hintz, Esq., and Thomas Beckom, Esq., of the law firm of MCCARTHY HOLTHUS LLP.

DATED this 14th day of November , 2017.

FAY SERVICING, LLC FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST F/K/A VENTURES TRUST 2013-1-H-R BY MCM CAPITAL PARTNERS LLC

By _____

Zachary Morris

Its VP, Associate General Counsel
_____

I hereby consent to the substitution of Michael R. Brooks, Esq., and William D. Schuller, Esq., of the law firm of KOLESAR & LEATHAM, as its counsel for **Fay Servicing, LLC for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust f/k/a Ventures Trust 2013-1-H-R by MCM Capital Partners LLC** in the above-entitled action, in the place and stead of Kristin A. Schuler-Hintz, Esq., and Thomas Beckom, Esq., of the law firm of MCCARTHY HOLTHUS LLP.

DATED this 1 day of December, 2017.

MCCARTHY HOLTHUS LLP

By _____

KRISTIN A. SCHULER-HINTZ, ESQ.
Nevada Bar No. 007171
THOMAS N. BECKOM, ESQ.
Nevada Bar No. 012554
9510 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89117

. . .

. . .

. . .

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

2736162 (10174-2)

- 2 -

Michael R. Brooks, Esq., and William D. Schuller, Esq., of the law firm of KOLESAR & LEATHAM duly admitted to practice in this District and agree to be substituted in the place and stead of Kristin A. Schuler-Hintz, Esq., and Thomas Beckom, Esq., of the law firm of MCCARTHY HOLTHUS LLP in the above-entitled action for Plaintiff, **Fay Servicing, LLC for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust f/k/a Ventures Trust 2013-I-H-R by MCM Capital Partners LLC**.

DATED this 4th day of December, 2017.

KOLESAR & LEATHAM

By _____
MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
WILLIAM D. SCHULLER, ESQ.
NEVADA BAR NO. 011271
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Plaintiff
FAY SERVICING, LLC FOR WILMINGTON
SAVINGS FUND SOCIETY, FSB, D/B/A
CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS
TRUSTEE FOR HILLDALE TRUST F/K/A VENTURES
TRUST 2013-I-H-R BY MCM CAPITAL
PARTNERS LLC

IT IS SO ORDERED.

DATED: __December 5, 2017__

_____
UNITED STATES MAGISTRATE JUDGE

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Kolesar & Leatham, and that on the 4th day of Decmber, 2017, I caused to be served a true and correct copy of foregoing SUBSTITUTION OF COUNSEL in the following manner:

(ELECTRONIC SERVICE)   Pursuant to Administrative Order 14-2, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court's facilities to those parties listed on the Court's Master Service List.

Thomas Beckom - tbeckom@mccarthyholthus.com
Charles Geisendorf - charles@gvattorneys.com, stacie@gvattorneys.com
David T. Gluth II - dgluth@grsm.com, sowens@grsm.com, mogella@gordonrees.com, rlarsen@gordonrees.com, gangulo@gordonrees.com
Ryan D Hastings - pgutierrez@leachjohnson.com, rcallaway@leachjohnson.com, tlangley@leachjohnson.com
Robert S. Larsen - rlarsen@gordonrees.com, bwalters@grsm.com, gangulo@gordonrees.com, rwise@gordonrees.com, mogella@gordonrees.com, sowens@grsm.com, psu@gordonrees.com, wwong@gordonrees.com, pprice@gordonrees.com
Kristin A Schuler-Hintz - FDCNV@mccarthyholthus.com

An Employee of KOLESAR & LEATHAM

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472