MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
atrippiedi@bohnlawfirm.com
NIKOLL NIKCI, ESQ.
Nevada Bar No.: 10699
nnikci@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Ste. 480
Henderson, Nevada  89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for Saticoy Bay LLC Series 4683 Amertine

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 4683 AMERTRINE, a Nevada corporation, VILLAS AT BLUE DIAMOND SPRINGS ASSOCIATION, a Nevada Non-profit Corporation, LEVY MILAGROS, an individual; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants. | CASE NO.:   2:15-cv-01773-JAD-CWH |

**SUBSTITUTION OF ATTORNEYS**

Saticoy Bay LLC Series 4683 Amertine, hereby substitutes Michael F. Bohn, Esq. of Law Offices of Michael F. Bohn, Esq., Ltd., as its attorneys in the above-entitled matter in place and stead of Charles L. Geisendorf, Esq., of the law firm Geisendorf & Vilkin, PLLC.

DATED this 30th day of July, 2018.

By:_____
Iyad "Eddie" Haddad

1

MICHAEL F. BOHN, ESQ., does hereby agree to be substituted in the place of Charles L. Geisendorf, Esq., as attorney for Saticoy Bay LLC Series 4683 Amertine, in the above entitled matter.

DATED this 30th day of July, 2018.

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/Michael F. Bohn, Esq./
Michael F. Bohn, Esq.
Nevada Bar No. 1641
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

Charles L. Geisendorf, Esq., consents to the substitution of MICHAEL F. BOHN, ESQ. as attorney of record for Saticoy Bay LLC Series 4683 Amertine.

DATED this 29th day of July, 2018.

GEISENDORF & VILKIN, PLLC

By: /s/ Charles L. Geisendorf
Charles L. Geisendorf, Esq.
Nevada Bar No. 6985
2470 St. Rose Parkway, Suite 309
Henderson, NV 89074

IT IS SO ORDERED.

DATED: July 31, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2018, I electronically transmitted the above SUBSTITUTION OF ATTORNEYS to the Clerk's Office using the CM/ECF System for filing and transmittal of aNotice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

           /s/ /Marc Sameroff /
           An Employee of the LAW OFFICES OF
           MICHAEL F. BOHN, ESQ., LTD.