GEISENDORF & VILKIN, PLLC
2470 St. Rose Parkway, Suite 309 Henderson, Nevada 89074
Phone: 702.873.5868 § Fax: 702.548.6335

GEISENDORF & VILKIN, PLLC
Charles L. Geisendorf, Esq. (6985)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: charles@gvattorneys.com
Attorney for Saticoy Bay LLC Series 4683 Amertrine

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS LLC,<br><br>Plaintiff,<br><br>v.<br><br>SATICOY BAY LLC SERIES 4683 AMERTRINE, a Nevada corporation, VILLAS AT BLUE DIAMOND SPRINGS ASSOCIATION, a Nevada Non-profit Corporation, LEVY MILAGROS, an individual; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01773-JAD-CWH<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

Saticoy Bay LLC Series 4683 Amertrine substituted Michael F. Bohn, Esq. of Law Offices of Michael F. Bohn, Esq., Ltd., as its attorneys in the above-entitled matter in place and stead of Charles L. Geisendorf, Esq., of the law firm Geisendorf & Vilkin, PLLC.

Charles L. Geisendorf, Esq. no longer represents Saticoy Bay LLC Series 4683 Amertrine and has no further need to receive CM/ECF notifications in this case.

The undersigned respectfully requests the court remove Charles L. Geisendorf, Esq., from the electronic service list in this action. All future correspondence, papers, and future

1

notices should continue to be directed to Michael F. Bohn, Esq.

Dated this 28th day of September, 2018.

             GEISENDORF & VILKIN, PLLC


             By: */s/ Charles L. Geisendorf*
               Charles L. Geisendorf, Esq.
               Nevada Bar No. 6985
               2470 St. Rose Parkway, Suite 309
               Henderson, NV 89074
               Tel: (702) 873-5868


## **COURT APPROVAL**

**IT IS SO ORDERED:**

**DATED:** October 1, 2018
_____

              _____
              **UNITED STATES MAGISTRATE JUDGE**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September, 2018, I electronically transmitted the above MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

*/s/ Charles L. Geisendorf*
An employee of Geisendorf & Vilkin, PLLC